UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-436-RJC
(3:06-cr-364-RJC-1)

| | |
|---|---|
| **MARTINEZ ORLANDIS BLACK,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court on Petitioner's Request for a Certificate of Appealability [Doc. 4].[1]

Petitioner filed a § 2255 Motion to Vacate in the instant case that was dismissed as an unauthorized successive petition on July 24, 2023. [Doc. 2]. The Court declined to issue a certificate of appealability. [Id. at 4-5].

In the instant Request, filed on August 29, 2023,[2] the Petitioner asks the Court to issue a Certificate of Appealability pursuant to 28 U.S.C. § 2553(c)(1). He describes the issues he seeks to appeal as follows:

> Violation of the Second Amendment of the U.S. Constitution; I'm requesting that the courts hold the 'Certificate' in abeyance until the Supreme Court of the U.S. rules on the case of: Zackey Rattimi, 143 S.Ct. 2688, 2023 WL 4278450 (June 20, 2023); if not & if so I present the courts with other relevant caselaw to back my claim … [which] reveal that 922g is 'unconstitutional.'

[Doc. 4 at 1].

---

[1] The Court notes that the heading of the Request states "United States District Court for the Fourth Circuit." [Doc. 4 at 1]. To the extent that the Petitioner is attempting to seek relief from the Fourth Circuit Court of Appeals, he must file such claim for relief in that Court.

[2] Houston v. Lack, 487 U.S. 266, 276 (1988) (establishing the prisoner mailbox rule).

Petitioner's request that this Court issue a certificate of appealability is moot because the Court already considered the matter and declined to issue a certificate of appealability in the Order dismissing the § 2255 petition. [Doc. 2 at 4-5]. To the extent that Petitioner seeks reconsideration of the Order dismissing his § 2255 petition, that request is denied because Petitioner has set forth no basis for such relief.

**IT IS, THEREFORE, ORDERED** that Petitioner's Request for a Certificate of Appealability [Doc. 4] is **DENIED**.

Signed: September 12, 2023

Robert J. Conrad, Jr.
United States District Judge